

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MICHAEL HEARD                        DOCKET NO. 10-CV-1196; SEC. P
    FED. REG. #09888-035

VERSUS                               JUDGE DRELL

WARDEN - F.C.C. POLLOCK              MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED and DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 28th day of September 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE